AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Shoreline Building Group, LLC, a Florida Limited Liability Company<br><br>*Plaintiff(s)*<br>v.<br><br>SHORELINE CONSTRUCTION MANAGEMENT, LLC, TRIPLE CROWN PROPERTIES, INC., TRIPLE CROWN MANAGEMENT, LLC, JASON T. SHINN, and CHAD B. NOEL<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br><br>26-CV-80572 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SHORELINE CONSTRUCTION MANAGEMENT, LLC,
c/o Registered Agent: Jason T. Shinn,
11496 Pierson Road, C-13,
Wellington, Florida 33414

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexander D. Brown,
The Concept Law Group, P.A.,
6400 N. Andrews Avenue, Suite 500,
Ft. Lauderdale, FL 33309,
Tel: (754) 300-1500
Email: ABrown@conceptlaw.com and Litigation@conceptlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  May 15, 2026

Angela E. Noble
Clerk of Court

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida

| | |
|---|---|
| Shoreline Building Group, LLC, a Florida Limited Liability Company <br><br> *Plaintiff(s)* <br><br> v. <br><br> SHORELINE CONSTRUCTION MANAGEMENT, LLC, TRIPLE CROWN PROPERTIES, INC., TRIPLE CROWN MANAGEMENT, LLC, JASON T. SHINN, and CHAD B. NOEL <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No. <br><br> 26-CV-80572 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TRIPLE CROWN PROPERTIES, INC.,
   c/o Registered Agent: Jason T. Shinn,
   11496 Pierson Road, C-13,
   Wellington, Florida 33414


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alexander D. Brown,
   The Concept Law Group, P.A.,
   6400 N. Andrews Avenue, Suite 500,
   Ft. Lauderdale, FL 33309,
   Tel: (754) 300-1500
   Email: ABrown@conceptlaw.com and Litigation@conceptlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   May 15, 2026

Angela E. Noble
Clerk of Court

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida

| | | |
|---|---|---|
| Shoreline Building Group, LLC, a Florida Limited Liability Company | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. |
| SHORELINE CONSTRUCTION MANAGEMENT, LLC, TRIPLE CROWN PROPERTIES, INC., TRIPLE CROWN MANAGEMENT, LLC, JASON T. SHINN, and CHAD B. NOEL | ) ) ) ) ) | 26-CV-80572 |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   TRIPLE CROWN MANAGEMENT, LLC,
c/o Registered Agent: Jason T. Shinn,
11496 Pierson Road, C-13,
Wellington, Florida 33414


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexander D. Brown,
The Concept Law Group, P.A.,
6400 N. Andrews Avenue, Suite 500,
Ft. Lauderdale, FL 33309,
Tel: (754) 300-1500
Email: ABrown@conceptlaw.com and Litigation@conceptlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   May 15, 2026

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### Southern District of Florida

| | |
|---|---|
| Shoreline Building Group, LLC, a Florida Limited Liability Company <br><br> *Plaintiff(s)* <br><br> v. <br><br> SHORELINE CONSTRUCTION MANAGEMENT, LLC, TRIPLE CROWN PROPERTIES, INC., TRIPLE CROWN MANAGEMENT, LLC, JASON T. SHINN, and CHAD B. NOEL <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. <br><br> 26-CV-80572 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JASON T. SHINN,
11496 Pierson Road, C-13,
Wellington, Florida 33414

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alexander D. Brown,
The Concept Law Group, P.A.,
6400 N. Andrews Avenue, Suite 500,
Ft. Lauderdale, FL 33309,
Tel: (754) 300-1500
Email: ABrown@conceptlaw.com and Litigation@conceptlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  May 15, 2026

Angela E. Noble
Clerk of Court

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida

<table>
<tr><td>Shoreline Building Group, LLC, a Florida Limited Liability Company<br><br><br>*Plaintiff(s)*<br><br>v.<br><br>SHORELINE CONSTRUCTION MANAGEMENT, LLC, TRIPLE CROWN PROPERTIES, INC., TRIPLE CROWN MANAGEMENT, LLC, JASON T. SHINN, and CHAD B. NOEL<br>*Defendant(s)*</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.<br><br>26-CV-80572</td></tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  CHAD B. NOEL,
11496 Pierson Road, C-13,
Wellington, Florida 33414

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexander D. Brown,
The Concept Law Group, P.A.,
6400 N. Andrews Avenue, Suite 500,
Ft. Lauderdale, FL 33309,
Tel: (754) 300-1500
Email: ABrown@conceptlaw.com and Litigation@conceptlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   May 15, 2026

Angela E. Noble
Clerk of Court

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts